SAMUEL KAPITOFSKY, Respondent, v. SANDOW'S REALTY CO., INC., Appellant.—
Motion to stay examination before trial granted on condition that appellant
perfect the appeal for the April term (for which term the case is set down) and
be ready for argument when reached; otherwise, motion denied, with ten dollars
costs. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

WILLIAM P. LANGEVIN, Appellant, v. NEW YORK SANITARY UTILIZATION COM-
PANY and Others, Respondents.— Motion to strike appeal from February calendar
granted. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

OSCAR LARSON, an Infant, etc., by ELLA LARSON, His Guardian ad Litem,
Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Motion
for reargument denied. Motion for leave to appeal to the Court of Appeals
denied. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

DAVID W. NADIEN, Respondent, v. SAMUEL STEIN, Appellant.— Motion for
reargument denied. Present — Kelly, P. J., Manning, Young, Lazansky and
Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH HIRSCH,
Appellant.— Motion to dismiss appeal granted. Present — Kelly, P. J., Manning,
Young, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY L. HOFFMAN,
Appellant.— Motion to resettle order and for leave to appeal to the Court of
Appeals granted. Present — Kelly, P. J., Manning, Young, Lazansky and
Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY JAFFE,
Appellant.— Motion to dismiss appeal granted. Present — Kelly, P. J., Manning,
Young, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE S. ABELL, Relator,
v. JOHN H. CLARKSON and Others, etc., Respondents. JOHN E. PRESTON and
WILLIAM W. STUART, Intervenors.— Motion for stay denied. The court under-
stands that counsel for the intervenors has withdrawn from the suggested stipu-
lation for a reference. Present — Kelly, P. J., Manning, Young, Lazansky and
Hagarty, JJ.

RUTHSONIA, INC., Respondent, v. ASSOCIATED ENTREPRENEURS, INC., Appel-
lant.— Motion to dismiss appeal granted, with ten dollars costs. Present —
Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL UNTERMYER, Respond-
ent, v. FREDERICK D. BREITHACK and Others, as Assessors of the City of Yonkers,
Appellants.— Motion to dismiss appeal denied on condition that appellants per-
fect the appeal for the April term (for which term the case is set down) and be
ready for argument when reached; otherwise, motion granted, with ten dollars
costs. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.